# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| JULIO VILLARS, | ) |
| Plaintiff, | ) Case No. 13-363 |
| v. | ) Judge Lydia Kay Griggsby |
| THE UNITED STATES OF AMERICA, | ) |
| Defendants. | ) |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

GRANT H. WILLIS
JONES DAY
51 Louisiana Ave. NW
Washington, DC 20001
Telephone: (202) 879-3847
Facsimile: (202) 626-1700
E-mail: ghwillis@jonesday.com

Dated: MAY 2, 2017

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| JULIO VILLARS, | ) |
| Plaintiff, | ) Case No. 13-363 |
| v. | ) Judge Lydia Kay Griggsby |
| THE UNITED STATES OF AMERICA, | ) **MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD** |
| Defendants | ) |

COMES NOW Grant H. Willis, and moves this court for leave to withdraw as counsel of record in the above captioned matter. Counsel has discussed this matter with Mr. Villars, who has expressly consented to the requested withdrawal. Mr. Villars will be served a copy of this motion per RFCF 83.1. Mr. Villars has not indicated he will be substituting counsel at this time, but rather intends to continue with this matter *pro se*. Unless otherwise directed by the Court, Counsel intends to cooperate and coordinate with Mr. Villars and the Government to facilitate the transition process.

Respectfully Submitted

/s/ Grant H. Willis
GRANT H. WILLIS
JONES DAY
51 Louisiana Ave. NW
Washington, DC 20001
Telephone: (202) 879-3847
Facsimile: (202) 626-1700
E-mail: ghwillis@jonesday.com

*Attorney for Plaintiff, Julio Villars*

# CERTIFICATE OF SERVICE

I hereby certify that copies of the within and foregoing MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD were sent by U.S. Postal Service priority mail and via email on May 2, 2017, to the persons listed below.

JULIO VILLARS
2307 North Mason #2
Chicago, IL 60639
Telephone: 773-469-6474
Email: juliovillars419@gmail.com

NATHANIAL B. YALE
Trial Attorney
Department of Justice, Civil Division
Commercial Litigation Branch
P.O. Box 480
Ben Franklin Station
Washington, C 20044
Telephone: (202) 616-0464
Email: nathanael.b.yale@usdoj.gov


/s/ Grant H. Willis