IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| JULIO VILLARS, )<br>)<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>THE UNITED STATES, )<br>)<br>  Defendant. ) | Case No. 13-363C<br>(Judge Griggsby) |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of Federal Claims (RCFC), the parties jointly file this stipulation of voluntary dismissal in the above captioned matter with prejudice, with each party to bear its own costs, attorney fees, and expenses. Plaintiff Julio Villars has expressly consented to this filing and to the resolution of this matter.

| | |
|---|---|
| May 3, 2017 | Respectfully submitted, |
| /s/Grant H. Willis<br>GRANT H. WILLIS<br>ALEXANDER M. YABROFF<br>JONES DAY<br>51 Louisiana Ave. NW<br>Washington, DC 20001<br>(202) 879-3847<br>(202) 626-1700<br>ghwillis@jonesday.com<br><br>*Attorneys for Plaintiff* | JOYCE R. BRANDA<br>Deputy Assistant Attorney General<br><br>ROBERT E. KIRSCHMAN, JR<br>Director<br><br>STEVEN J. GILLINGHAM<br>Assistant Director<br><br>/s/Nathanael B. Yale<br>NATHANAEL B. YALE<br>Trial Attorney<br>Commercial Litigation Branch<br>Civil Division<br>U.S. Department of Justice<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, DC 20044<br>Telephone:(202) 616-0464<br>Facsimile:(202) 514-8624<br>nathanael.b.yale@usdoj.gov<br><br>*Attorneys for Defendant* |

## CERTIFICATE OF FILING

I hereby certify that on the 3rd day of May 2017, a copy of the foregoing "JOINT STIPULATION OF DISMISSAL WITH PREJUDICE" was filed with the Court via the CM/ECF system, causing it to be served upon counsel of record.

*s/Grant H. Willis*
GRANT H. WILLIS
JONES DAY
51 Louisiana Ave. NW
Washington, DC 20001
(202) 879-3847
(202) 626-1700
ghwillis@jonesday.com

*Attorney for Plaintiff*